**LAW OFFICE OF JORDAN MARSH LLC**
Jordan Marsh
5 Revere Drive Suite 200
Northbrook, IL 60062
(224) 220-9000|Fax: (312) 667-9216
jordan@jmarshlaw.com
IL Bar #6216489

**THE LAW OFFICE OF HAYES & WELSH**
Martin L. Welsh, Esq
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
(702) 434-3444 | Fax: (702) 434-3739
mwelsh@lvlaw.com
NV Bar #8720

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY VILLARREAL,<br><br>    Plaintiff,<br><br>vs.<br><br>North Las Vegas Police Officer JORGE CORREA, CITY OF NORTH LAS VEGAS, A Political Subdivision of the State of Nevada,<br><br>    Defendants. | Case No.: 2:22-cv-00815-GMN-DJA<br><br>**JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE** |

**JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, AMY VILLAREAL ("Plaintiff"), and Defendants CITY OF NORTH LAS VEGAS and JORGE CORREA ("Defendants") (collectively hereinafter "the Parties"), by and through their counsel of record, that the current deadline for Plaintiff's Response to Defendants' Motion

1

for Summary Judgement of May 22, 2024, be continued to June 12, 2024, and the deadline to file any Reply in support of the Motion for Summary Judgement continued to June 26, 2024.

Since Plaintiff's counsel is a sole practitioner and has two trials scheduled in May, the requested extension will afford the Parties sufficient time to present their arguments to the Court.

## I. PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter and order as follows:

**A. Motion for Summary Judgment Briefing Schedule**

The Plaintiff shall file her response to the Motion on or before June 12, 2024; and any reply in support of the motion be filed on or before June 26, 2024.

This request for an extension is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced.

**IT IS SO STIPULATED**

**Dated:** May 9, 2024.

| /s/ Jordan Marsh | /s/ Noel Eidsmore |
|---|---|
| **LAW OFFICE OF JORDAN MARSH LLC**<br>5 Revere Drive, Suite 200<br>Northbrook, IL 60062<br><br>And<br><br>Martin L. Welsh, Esq<br>**THE LAW OFFICE OF HAYES & WELSH**<br>199 N. Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for the Plaintiff* | **NORTH LAS VEGAS CITY ATTORNEY**<br>Micaela Rustia Moore, Esq.<br>Nev. Bar No. 9676<br>City Attorney<br>Noel E. Eidsmore, Esq.<br>Nev. Bar No. 7688<br>Chief Deputy City Attorney<br>Madison Zornes-Vela<br>Nev. Bar No. 13626<br>Deputy City Attorney<br>2250 Las Vegas Blvd. North, Suite 810<br>North Las Vegas, Nevada 89030<br>*Attorneys for the Defendants* |

**ORDER**

IT IS SO ORDERED.

Dated this __8__ day of _____May_____, 2024.

_____
U.S. DISTRICT COURT JUDGE